**William Lee RICHARDSON, Jr., Plaintiff–Appellant,**

**v.**

**David SANDERS, Honorable; Chris C. Wilkes, Honorable, Defendants–Appellees.**

No. 02–1797.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 17, 2002.

Decided Jan. 3, 2003.

William Lee Richardson, Jr., Appellant Pro Se. Michelle Easterling Piziak, Steptoe & Johnson, Charleston, West Virginia, for Appellees.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

William Lee Richardson, Jr., appeals the district court's order granting Defendants' motion to dismiss Richardson's civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court.[*] *See Richardson v. Sanders,* No. CA–02–36–1 (N.D.W.Va. July 8, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

[*] We note that this appeal was filed prior to the entry of the this court's opinion in *Richardson v. Richardson,* 2002 WL 31545989, 50 Fed. Appx. 178 (4th Cir. Nov. 18, 2002), sanctioning Richardson $500 for filing frivolous appeals and enjoining him from filing further actions in this court until the sanctions are paid and a district court judge finds that the action is not frivolous.